UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALICE ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV1814 RWS |
| ) | |
| AT&T TECHNICAL SERVICE INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**IT IS HEREBY ORDERED that** Plaintiff Alice Allen's motion to strike the amendment to her Complaint docketed as docket #3 [#9] is **GRANTED**.

**IT IS FURTHER ORDERED that** Plaintiff's motion for leave to file an amendment to her Complaint [#10] is **GRANTED**.

**IT IS FURTHER ORDERED that** Plaintiff's motion for a default judgement [#4] is **DENIED**. Defendant was served by U.S. mail. Its responsive pleading filed on November 11, 2005 was timely. Accordingly, Defendant was not in default.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of November, 2005.