UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALICE ALLEN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:05CV1814 RWS |
| AT&T TECHNICAL SERVICE INC., | ) |
| Defendant. | ) |

## SHOW CAUSE ORDER

Plaintiff alleges that Defendant committed employment discrimination against her on the basis of sex and retaliation. The basis for her claim is Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. Plaintiff has had a similar law suit recently dismissed by this Court for failing to administratively exhaust her claims with the Equal Employment Opportunity Commission. Plaintiff is required to exhaust this process and obtain a right to sue letter from the EEOC *before* she can file suit in federal court.

Plaintiff has not filed a copy of a right to sue letter with her Complaint. Defendant has moved to dismiss Plaintiff's Complaint because there is not any evidence in the record that she obtained a right to sue letter from the EEOC for her claims.

**IT IS HEREBY ORDERED that** Plaintiff Allen shall file a copy of her right to sue letter(s) which entitle her to file suit on the claims alleged in her Complaint. Allen must file this information by **December 6, 2005**. If Allen fails to file this information by that date, her Complaint will be dismissed without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of November, 2005.