UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALICE ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV1814 RWS |
| ) | |
| AT&T TECHNICAL SERVICE INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Alice Allen filed this suit alleging employment discrimination under 42 U.S.C. §§ 2000e *et seq.* Defendant AT&T Technical Service Inc. filed a motion to dismiss Allen's Complaint based on her failure to show that she had received a right to sue letter from the EEOC which is a prerequisite to filing suit in federal court. Allen has recently filed a copy of the right to sue letter that she received from the EEOC.

Accordingly,

**IT IS HEREBY ORDERED that** Defendant's motion to dismiss [#6] is **DENIED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of November, 2005.